UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NARESSA COFIELD,<br><br>*Plaintiff*<br><br>v.<br>KIPP NEW ORLEANS, INC.,<br>RHONDA KALIFEY-ALUISE, in her individual and official capacity, and<br>OCTAVE LAROCHE, in his individual and official capacity, and<br>THE HANOVER INSURANCE COMPANY.<br><br>*Defendants* | CIVIL ACTION NO. 2:21-CV-02223<br><br>JUDGE LANCE M. AFRICK<br><br>MAG. JUDGE DANA M. DOUGLAS |

**ORDER**

Considering the Plaintiff Naressa Cofield's Consent Motion for Leave to File a First Amended Complaint,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint is GRANTED; and

IT IS FURTHER ORDERED that Plaintiff's proposed First Amended Complaint filed on April 8, 2022, attached to Plaintiffs' Motion shall be filed into the record.

New Orleans, Louisiana this ____day of _____, 2022.

_____
**UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA**