UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NARESSA COFIELD** | **CIVIL ACTION** |
| **VERSUS** | **No. 21-2223** |
| **KIPP NEW ORLEANS, INC., ET AL.** | **SECTION I** |

### ORDER

Considering plaintiff Naressa Cofield's unopposed motion[1] for leave to file her first amended complaint,

**IT IS ORDERED** that the motion is **GRANTED**. Plaintiff's first amended complaint shall be filed into the record.

New Orleans, Louisiana, April 13, 2022.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 17.