UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NARESSA COFIELD** | **CIVIL ACTION** |
| **VERSUS** | **No. 21-2223** |
| **KIPP NEW ORLEANS, INC., ET AL.** | **SECTION I** |

### ORDER

Considering the parties' joint motion[1] to stay these proceedings, which states that the parties have reached an agreement in principle to settle all claims, and that the parties' settlement agreement is contingent upon the approval of the National Labor Relations Board,

**IT IS ORDERED** that the joint motion to stay is **GRANTED**. The above-captioned matter is hereby **STAYED AND ADMINISTRATIVELY CLOSED** pending the final approval or disapproval of the parties' settlement agreement by the National Labor Relations Board. Any party may move to re-open this case by written motion within 30 days of the issuance of a final decision by the National Labor Relations Board.

New Orleans, Louisiana, May 24, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 37.